**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

Christopher Vass,                             )
                                              )
         Petitioner,                   )
                                              )          Civil Action No.  20-773 (UNA)
                                              )
                                              )
Ronald Brawner,                               )
                                              )
         Respondent.                   )

## MEMORANDUM OPINION

Petitioner, appearing *pro se*, is a Georgia state prisoner incarcerated in Hardwick, Georgia. He has filed an application to proceed *in forma pauperis* and a "Petition Under 28 U.S.C. § 2254 for Writ of Habeas Corpus by a Person in State Custody" [Dkt. # 1].  For the following reasons, this case will be dismissed for want of jurisdiction.

Petitioner is challenging his conviction in the Dekalb County Superior Court in Decatur, Georgia.  Pet. ¶ 1.  Section 2254 requires that a petitioner first exhaust his available state remedies. *See* 28 U.S.C. §2254(b)(1).  Thereafter, an application under § 2254 "may be filed in the district court for the district wherein such person is in custody or in the district court for the district [where] the State court was held which convicted and sentenced [petitioner][,] and each of such district courts shall have concurrent jurisdiction to entertain the application."  28 U.S.C. § 2241(d).  Since this court in the District of Columbia lacks authority to entertain the instant petition, it will dismiss the case.  A separate order accompanies this Memorandum Opinion.

                                       /s/
                         AMY BERMAN JACKSON
Date: April 14, 2020               United States District Judge